# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

### APPEARANCE

FILED
2003 OCT 23  P 12: 24

Leslie Ann Clark, et al.

v.

Viajes Flightline, S.L., et al.

CASE NUMBER: 302CV2276 (WWE)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Leslie Ann Clark, Plaintiff

---

10-9-03
Date

Juris No. ct16466
Connecticut Federal Bar Number

(904) 354-8310
Telephone Number

(904) 358-6889
Fax Number

rfspohrer@swmmlaw.com
E-mail address

_[Signature]_
Signature

Robert F. Spohrer, Esq.
Print Clearly or Type Name

701 W. Adams Street
Address

Jacksonville, FL 32204

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Diane Westwood Wilson, Esq.
Condon & Forsyth LLP
685 Third Avenue
New York, New York  10017
Attorney for Defendant Flightline

_[Signature]_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001