# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

RECEIVED OCT 2003

FILED 2003 OCT 29 A 10:06

| | |
|---|---|
| Leslie Ann Clark, et al. | **APPEARANCE** |
| v. | |
| Viajes Flightline, S.L., et al. | CASE NUMBER: 302CV2276 (WWE) |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: **Leslie Ann Clark, Plaintiff**

October 13, 2003
Date

Signature

Juris No. ct25239
Connecticut Federal Bar Number

Edward M. Booth, Jr., Esq.
Print Clearly or Type Name

(904) 354-8310
Telephone Number

701 W. Adams Street
Address

(904) 358-6889
Fax Number

Jacksonville, FL   32204

embooth@swmmlaw.com
E-mail address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Diane Westwood Wilson, Esq.
Condon & Forsyth LLP
685 Third Avenue
New York, New York   10017
Attorney for Defendant Flightline

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---------------------------------------------------x
:
Van Slyke :
:
vs. :Civil No. 3:02 cv 2274 (WWE)
       "   "  2275
Viajes Flightline :       "   "  2276
:
---------------------------------------------------x

**ORDER RETURNING SUBMISSION**

The Clerk has received your **Appearance** however, it is deficient in the area(s) checked below:

(NOTE: L.R. refers to the Local Rules, District of Connecticut)

1. _ L.R.5(b)      _ No certificate of service attached to pleading
                   _ Certificate of service fails to list names and addresses of all parties served
                   _ Certificate of service is not signed

2. _ L.R.5(d)      Failure to submit document under seal

3. ✔ L.R.10       ✔ Failure to sign pleading (original signature)
                   _ Failure to double space
                   _ Margin is not free of printed matter
                   _ Left hand margin is not one inch
                   _ Judge's initials do not appear after the case number
                   _ Docket number is missing
                   _ Failure to supply federal bar number
                   _ Holes not punched in document

4. _ L.R.68        Failure to file offer of judgment in a sealed envelope

5. _ L.R.83.1(d)   Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

6. _ Other         ___

The Clerk is hereby Ordered to return the above pleading and to notify counsel of such action.

Date:_____                          _____
                                         United States District Judge

(TMS)                                                              rev. 1/1/03

*[Handwritten note:]* This looks like an original. Its hard to tell but let's err on the side of the Attorney