UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------------------------------------

IN RE AIR CRASH NEAR CASTELLON,
SPAIN, ON OCTOBER 10, 2001

----------------------------------------------------------------

LESLIE ANN CLARK, Individually, on her own
behalf as surviving spouse of STEVEN
MICHAEL CLARK, as Executrix of the
ESTATE OF STEVEN MICHAEL CLARK, and
on behalf of all interested beneficiaries,
including ANTHONY CLARK, AMANDA
CLARK and DILLON CLARK,

Plaintiffs,

v.

VIAJES FLIGHTLINE, S.L., FLIGHTLINE,
LTD., FLIGHTLINE INTERNATIONAL,
LTD., FLIGHTLINE INTERNATIONAL, S.L.,
foreign corporations, AFROSPANIA AIR LINK,
LTD., a foreign corporation, AFROSPANIA
LOGISTICS, INC., a Texas corporation, and
ROBERT LOVELESS,

Defendants.

----------------------------------------------------------------

MDL DOCKET NO. 1572

Hon. Warren W. Eginton
Hon. Holly B. Fitzsimmons

THIS DOCUMENT RELATES
**Case No. 3:02cv2276 (WWE)**

**NOTICE OF FILING ORDER
APPROVING WRONGFUL
DEATH SETTLEMENT**

PLEASE TAKE NOTICE that the attached is a copy of the Order Approving

Wrongful Death Settlement issued in the Circuit Court for the City of Norfolk, Virginia.

Dated: November 22, 2004

CONDON & FORSYTH LLP

By_____
Diane Westwood Wilson
685 Third Avenue
New York, New York 10017
(212) 490-9100
Attorneys for Defendant FLIGHTLINE, S.L.,
improperly sued herein as VIAJES
FLIGHTLINE, S.L., FLIGHTLINE, LTD.,
FLIGHTLINE INTERNATIONAL, LTD.
and FLIGHTLINE INTERNATIONAL, S.L.

VIRGINIA: IN THE CIRCUIT COURT FOR THE CITY OF NORFOLK

IN THE MATTER OF:

LESLIE ANN CLARK, Individually, on her
own behalf as surviving spouse of STEVEN
MICHAEL CLARK, as Executrix of the ESTATE          AT LAW No. CL-04-1808
OF STEVEN MICHAEL CLARK, and on behalf of all
interested beneficiaries including ANTHONY CLARK,
AMANDA CLARK, and DILLON CLARK.
                  Petitioner

v.

FLIGHTLINE, S.L., BUCANAIR, S.L., and MUSINI,
SOCIEDAD ANÓNIMA DE SEGUROS Y REASEGUROS
                  Respondents.


## ORDER APPROVING WRONGFUL DEATH SETTLEMENT

On this day, it appearing to the Court that:

1)     all parties interested and required by law to be convened have been convened;

2)     STEVEN MICHAEL CLARK died on or about October 10, 2001 in a plane crash while a passenger aboard an passenger aircraft;

3)     Petitioner qualified as Executrix of the Estate of Steven Michael Clark in the Circuit Court for the City of Virginia Beach;

4)     a civil action is presently pending in the United States District Court in Connecticut under the style of LESLIE ANN CLARK, Individually, on her own behalf as surviving spouse of STEVEN MICHAEL CLARK, as Executrix of the ESTATE OF STEVEN MICHAEL CLARK, and on behalf of all interested beneficiaries including ANTHONY CLARK, AMANDA CLARK, and DILLON CLARK v. VIAJES FLIGHTLINE, S.L., FLIGHTLINE, LTD., FLIGHTLINE INTERNATIONAL, LTD., FLIGHTLINE INTERNATIONAL, S.L., foreign corporations

AFROSPANIA AIR LINK, LTD., a foreign corporation, AFROSPANIA LOGISTICS, INC., a

Texas corporation, and ROBERT LOVELESS docket number3:02CV2276-WWE; and that

FLIGHTLINE, S.L., BUCANAIR, S.L., and MUSINI, SOCIEDAD ANÓNIMA DE SEGUROS Y

REASEGUROS are the remaining Defendants/Respondents.

5)    Petitioner alleges that the Decedent died as a result of the negligence, carelessness

and recklessness of all of the Defendants/Respondents in the above lawsuit, allegations which the

Defendants vigorously deny;

6)    Respondents have agreed to settle, compromise, and release the Petitioner's claims in

the underlying litigation in exchange for the payment by the Respondents of the sum of Seven

Hundred Thousand Dollars ($700,000.00) to be applied and distributed as herein requested, however

they elect not to endorse this Order;

7)    Decedent left surviving the following, Leslie Ann Clark, surviving spouse, Anthony

Clark, son, all of whom are over the age of 18 years and Dillon Clark, minor son (D.O.B. 7/1/89),

and Amanda Clark, minor daughter (D.O.B. 1/26/88);

8)    Mark ⫔ Greenspan, Esq. of Norfolk, Virginia has been appointed *Guardian ad litem*

for Amanda Clark, minor and is in agreement with the terms of this settlement and distribution;

9)    Brian A. Thomasson, Esq. of Chesapeake, Virginia has been appointed *Guardian ad*

*litem* for Dillon Clark, minor and is in agreement with the terms of this settlement and distribution;

10)    Petitioner has requested that the Court approve this compromise.

And the Court having heard the evidence and being of the opinion that the total compromise

offer of Seven Hundred Thousand and 00/100 Dollars ($700,000.00) as damages is fair and

reasonable and should be accepted, the Court does hereby ORDER AND ADJUDGE that said

compromise be and the same hereby is effected in the above sum to be paid in accordance with the

terms set forth herein and to be held prior to disbursement in the Trust Account of Spohrer Wilner

Maxwell & Matthews, P.A.

It appearing that Riscassi & Davis, P.C., Spohrer Wilner Maxwell & Matthews, P.A., Harlan

FORMERLY NAMED

& Flora, Inc. (~~Successor to~~ Harlan & Flora, P.C.) and Epstein, Sandler & Flora, P.C. are entitled to

a reasonable fee for services rendered herein as attorneys for Plaintiff/Petitioner, and the Court being

of the opinion that the sum of Two Hundred Thirty One Thousand and 00/100 Dollars

($231,000.00) is a reasonable fee for such services, the Court ORDERS that the law firm of Riscassi

ITS

and Davis, P.C., ~~and the law firm of Spohrer Wilner Maxwell & Matthews, P.A.~~, be paid ~~their~~

(4% of $231,000)

respective fees immediately out of this sum out for services rendered. The Court further ORDERS

∧

AN INTEREST BEARING     the balance of the

the law firm of Spohrer Wilner Maxwell & Matthews, P.A. to hold in ~~its escrow~~ account attorneys'

↦ the Spohrer firm,

fees payable to Harlan & Flora, Inc. and Epstein, Sandler & Flora, P.C. until such time as either

division

agreement has been reached or the Court has made a determination of the extent and ~~nature~~ of the

~~asserted lien for~~ attorneys' fee~~s for Harlan & Flora, Inc.~~

COUNSEL

It appearing that ~~Riscassi and Davis, P.C., Spohrer Wilner Maxwell & Matthews, P.A., and~~

FORMERLY NAMED

~~Harlan & Flora, Inc. (Successor to Harlan & Flora, P.C.)~~ have incurred costs in the prosecution of

the lawsuit referenced in paragraph 4 as follows and the Court being of the opinion that the sum of

Twenty Seven Thousand Four Hundred Fifty Six and 08/100 Dollars ($27,456.08) is a reasonable

amount for such incurred costs, the Court ORDERS that these attorneys be paid this sum out of the

settlement for costs incurred.

It appearing that Petitioner has incurred costs to engage *Guardians ad litem* for Amanda

Clark and Dillon Clark in the amount of $1,072.50 and $1,155.00 respectively, which this Court

believes to be reasonable, the Court ORDERS that these *Guardians ad litem* be paid this sum out of

the settlement.

The Court ORDERS that the balance of said settlement sum of Four Hundred Thirty Nine Thousand Three Hundred Sixteen and 42/100 Dollars ($439,316.42) be distributed immediately as follows:

Leslie Ann Clark, surviving spouse.................................. $309,316.42
Anthony Clark, son........................................................ $50,000.00

Pursuant to Virginia Code Sections 8.01-424(D)(2) and (D)(4), the Court ORDERS that the Petitioner, with the agreement of the Guardian ad Litem for Amanda Clark as to the specific terms, pay Forty Thousand and 00/100 Dollars ($40,000.00) for the purchase of an annuity that is principle risk free, issued by an insurance company authorized to do business in this Commonwealth, and which is rated "A plus" (A+) or better by Best's Insurance Reports, to pay out proceeds after Amanda Clark has reached the age of majority.

Pursuant to Virginia Code Sections 8.01-424(D)(2) and (D)(4, the Court ORDERS that the Petitioner, with the agreement of the Guardian ad Litem for Dillon Clark as to the specific terms, pay Forty Thousand and 00/100 Dollars ($40,000.00) for the purchase of an annuity that is principle risk free, issued by an insurance company authorized to do business in this Commonwealth, and which is rated "A plus" (A+) or better by Best's Insurance Reports, to pay out proceeds after Dillon Clark has reached the age of majority.

All matters in controversy having been settled, the Court directs the Clerk to file the papers in this matter among the ended causes.

ENTERED this ____ day of _____ 2004.

_____
Judge
John C. Morrison, Jr., Judge

WE ASK FOR THIS:

_____

COPY TESTE:
GEORGE E. SCHAEFER, CLERK
NORFOLK CIRCUIT COURT
BY _____ Deputy Clerk
Maurie Anderson, Deputy Clerk
Authorized to sign on behalf
of George E. Schaefer
Date: _____

4 of 6

LESLIE ANN CLARK, Individually, on her own behalf as surviving spouse of STEVEN MICHAEL CLARK, and as Executrix of the ESTATE OF STEVEN MICHAEL CLARK

_____

ANTHONY CLARK
Son of STEVEN MICHAEL CLARK, deceased

_____

Mark M. Greenspan, Esq.
4800 World Trade Center
101 W. Main Street
Norfolk, VA 23510
(757) 622-8822
*Guardian ad litem for* AMANDA CLARK, minor daughter of STEVEN MICHAEL CLARK, deceased

_____

Brian A. Thomasson, Esq.
1108 Madison Plaza, Suite 103
Chesapeake, VA 23320
(757) 639-9222
*Guardian ad litem for* DILLON CLARK, minor son of STEVEN MICHAEL CLARK, deceased.

_____

John M. Flora, Esq.
EPSTEIN, SANDLER & FLORA, P.C.
413 West York Street
Norfolk, VA, 23510
(757) 627-8900
*Attorney for Plaintiff/Petitioner*

_____

Hunter W. Sims, Jr.
KAUFMAN + CANOLES, PC
150 W. MAIN ST.
NORFOLK, VA 23510

attorney for Harlan + Flora, Ins

**SEEN:**


REFUSED TO SIGN
_____
Diane Westwood Wilson
CONDON & FORSYTH LLP
685 Third Avenue
New York, N.Y. 10017
212/894-6780
*Attorney for* FLIGHTLINE, S.L., BUCANAIR, S.L., and MUSINI,
SOCIEDAD ANÓNIMA DE SEGUROS Y REASEGUROS
*Respondents/Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Filing Order Approving Wrongful Death Settlement was served by First Class Mail this 22nd day of November 2004 upon:

> Robert Spohrer, Esq.
> Edward Booth, Jr., Esq.
> SPOHRER WILLNER MAXWELL & MATTHEWS, P.A.
> 701 W. Adams Street
> Jacksonville, Florida 32204
> (904) 354-8310
>
> John Flora, Esq.
> EPSTEIN SANDLER & FLORA, P.C.
> 413 West York Street
> Norfolk, Virginia 23510
> (757) 627-8900
>
> Attorneys for Plaintiff Leslie Ann Clark

The addresses designated by the parties for that purpose.

_____
Steven C Rickman