UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*United States District Court
District of Connecticut
FILED AT        BRIDGEPORT*

-----------------------------------------------------------

IN RE AIR CRASH NEAR CASTELLON,
SPAIN, ON OCTOBER 10, 2001

MDL DOCKET NO. 1572

Hon. Warren W. Eginton
Hon. Holly B. Fitzsimmons

-----------------------------------------------------------

LESLIE ANN CLARK, Individually, on her own
behalf as surviving spouse of STEVEN
MICHAEL CLARK, as Executrix of the
ESTATE OF STEVEN MICHAEL CLARK, and
on behalf of all interested beneficiaries,
including ANTHONY CLARK, AMANDA
CLARK and DILLON CLARK,

THIS DOCUMENT RELATES
Case No. 3:02cv2276 (WWE)

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE**

                        Plaintiffs,

        v.

VIAJES FLIGHTLINE, S.L., FLIGHTLINE,
LTD., FLIGHTLINE INTERNATIONAL,
LTD., FLIGHTLINE INTERNATIONAL, S.L.,
foreign corporations, AFROSPANIA AIR LINK,
LTD., a foreign corporation, AFROSPANIA
LOGISTICS, INC., a Texas corporation, and
ROBERT LOVELESS,

                        Defendants.

-----------------------------------------------------------

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the

above entitled action, by and through their undersigned counsel, that the within action is

dismissed in its entirety with prejudice and without costs and that an Order may be entered

to that effect.

Dated:  November 10 2004.

CONDON & FORSYTH LLP

By _____
    Diane Westwood Wilson
685 Third Avenue
New York, New York 10017
(212) 490-9100

Attorneys for Defendant FLIGHTLINE, S.L.,
improperly sued herein as VIAJES
FLIGHTLINE, S.L., FLIGHTLINE, LTD.,
FLIGHTLINE INTERNATIONAL, LTD. and
FLIGHTLINE INTERNATIONAL, S.L.

SPOHRER WILLNER MAXWELL &
MATTHEWS, P.A.

By _____
    Robert F. Spohrer
701 W. Adams Street
Jacksonville, Florida 32204
(904) 354-8310

Attorneys for Plaintiffs

    -and-

EPSTEIN SANDLER & FLORA, P.C.
John M. Flora
413 West York Street
Norfolk, Virginia 23510
(757) 627-8900

SO ORDERED:

_____
Hon. Holly B. Fitzsimmons

2