UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

IN RE AIR CRASH NEAR CASTELLON,
SPAIN, ON OCTOBER 10, 2001

MDL DOCKET NO. 1572

Hon. Warren W. Eginton
Hon. Holly B. Fitzsimmons

---

LESLIE ANN CLARK, Individually, on her own
behalf as surviving spouse of STEVEN
MICHAEL CLARK, as Executrix of the
ESTATE OF STEVEN MICHAEL CLARK, and
on behalf of all interested beneficiaries,
including ANTHONY CLARK, AMANDA
CLARK and DILLON CLARK,

THIS DOCUMENT RELATES
Case No. 3:02cv2276 (WWE)

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE**

                         Plaintiffs,

v.

VIAJES FLIGHTLINE, S.L., FLIGHTLINE,
LTD., FLIGHTLINE INTERNATIONAL,
LTD., FLIGHTLINE INTERNATIONAL, S.L.,
foreign corporations, AFROSPANIA AIR LINK,
LTD., a foreign corporation, AFROSPANIA
LOGISTICS, INC., a Texas corporation, and
ROBERT LOVELESS,

                         Defendants.

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above entitled action, by and through their undersigned counsel, that the within action is dismissed in its entirety with prejudice and without costs and that an Order may be entered to that effect.

Dated: November 10 2004.

| CONDON & FORSYTH LLP | SPOHRER WILLNER MAXWELL & MATTHEWS, P.A. |
|---|---|
| By _/s/ Diane Wilson_____<br>Diane Westwood Wilson<br>685 Third Avenue<br>New York, New York 10017<br>(212) 490-9100 | By _/s/ Robert Spohrer_____<br>Robert F. Spohrer<br>701 W. Adams Street<br>Jacksonville, Florida 32204<br>(904) 354-8310 |
| Attorneys for Defendant FLIGHTLINE, S.L., improperly sued herein as VIAJES FLIGHTLINE, S.L., FLIGHTLINE, LTD., FLIGHTLINE INTERNATIONAL, LTD. and FLIGHTLINE INTERNATIONAL, S.L. | Attorneys for Plaintiffs<br><br>-and-<br><br>EPSTEIN SANDLER & FLORA, P.C.<br>John M. Flora<br>413 West York Street<br>Norfolk, Virginia 23510<br>(757) 627-8900 |

SO ORDERED:

_____
Hon. Holly B. Fitzsimmons